B21 (Official Form 21) (12/07)

# STATEMENT OF SOCIAL-SECURITY NUMBER OR INDIVIDUAL TAXPAYER-IDENTIFICATION NUMBER (ITIN)

## United States Bankruptcy Court
### Northern District of Illinois

In re: **Robert Y Zaya / Margrette P Zaya**, Debtor

Address: 7117 W. Niles Avenue, Niles, IL 60714

Case No. _____

Chapter: 7

Employer's Tax Identification (EIN) No(s). [if any]: _____

Last four digits of Social Security No(s).: xxx-xx-5615 & xxx-xx-8615

### STATEMENT OF SOCIAL-SECURITY NUMBER(S)
*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))*

1. Name of Debtor (enter Last, First, Middle): **Zaya, Robert, Y**
   *(Check the appropriate box and, if applicable, provide the required information.)*

   ■ Debtor has a Social Security Number and it is: **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**
       *(If more than one, state all.)*
   ☐ Debtor does not have a Social Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: __.
       *(If more than one, state all.)*
   ☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (enter Last, First, Middle): **Zaya, Margrette, P**
   *(Check the appropriate box and, if applicable, provide the required information.)*

   ■ Joint Debtor has a Social Security Number and it is: **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**
       *(If more than one, state all.)*
   ☐ Joint Debtor does not have a Social Security Number but has an Individual Taxpayer-Identification Number and it is: __.
       *(If more than one, state all.)*
   ☐ Joint Debtor does not have a Social Security Number or an Individual Taxpayer Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X _/s/ Robert Y Zaya_    Date: **August 5, 2008**
Signature of Debtor

X _/s/ Margrette P Zaya_    Date: **August 5, 2008**
Signature of Joint Debtor

*Joint debtors must provide information for both spouses.*
Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.